UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 13 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.   S1 - 4:18 CR 872 HEA |
| vs. ) | |
| ) | |
| DEMON WARD, ) | |
| TURRON WATSON, and ) | |
| DARRELL HARRIS, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 19, 2018, in the County of St. Louis, within the Eastern District of Missouri,

**DEMON WARD,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about August 26, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DEMON WARD,**
**DARRELL HARRIS,**
**AND TURRON WATSON,**

The Defendants herein, did knowingly and willfully conspire, combine, confederate and agree together with other persons both known and unknown to this Grand Jury, to commit offenses against the United States, to wit: to knowingly and intentionally possess with the intent to distribute one or more controlled substances, to wit: fentanyl, a Schedule 2 controlled substance, and marijuana, a Schedule 1 controlled substance in violation of Title 21, United States Code, Section 841(a)(1);

All in violation of Title 21 United States Code, Section 846.

### COUNT THREE

The Grand Jury further charges that:

On or about August 26, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DEMON WARD**,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about August 26, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**DEMON WARD AND
DARRELL HARRIS,**

the Defendants herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, which traveled in interstate or foreign commerce during or prior to being in the Defendants' possession.

In violation of Title 18, United States Code, Sections 2(a) and 922(g)(1).

### COUNT FIVE

The Grand Jury further charges that:

On or about August 26, 2018, in the City of St. Louis, within the Eastern District of Missouri,

## DEMON WARD AND DARRELL HARRIS,

the Defendants herein, acting together, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute one or more controlled substances as set forth in Counts Two and Five.

In violation of Title 18, United States Code, Sections 2(a) and 924(c)(1).

## COUNT SIX

The Grand Jury further charges that:

On or about August 26, 2018, in the City of St. Louis, within the Eastern District of Missouri,

## DARRELL HARRIS,

the Defendant herein, did knowingly and intentionally possess with intent to distribute one or more controlled substances, to wit: fentanyl and marijuana.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The Grand Jury further charges that:

On or about August 26, 2018, in St. Louis City, within the Eastern District of Missouri,

## TURRON WATSON,

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The Grand Jury further charges that:

On or about November 7, 2018, in St. Louis City, within the Eastern District of Missouri,

**DEMON WARD,**

the Defendant herein, having been previously convicted of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in the Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT NINE

The Grand Jury further charges that:

On or about November 7, 2018, in St. Louis City, within the Eastern District of Missouri,

**DEMON WARD,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

The Grand Jury further charges that:

On or about November 7, 2018, in St. Louis City, within the Eastern District of Missouri,

**DEMON WARD,**

the Defendant herein, did knowingly possess one or more firearms in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute one or more controlled substances as set forth in Count Eight.

In violation of Title 18, United States Code, 924(c)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
CASSANDRA J. WIEMKEN, #91586KY
Assistant United States Attorney